UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA M. FLYNN, an individual; and WHITE WATER INVESTMENTS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MURRAY CRAIG, an individual; and FIRESTORM EMERGENCY SERVICES, LTD., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-0071-RCJ-GWF |

## SUBSTITUTION OF ATTORNEY

LISA M. FLYNN and WHITE WATER INVESTMENTS, INC., Plaintiffs, hereby substitute LAW OFFICE OF HAYES & WELSH, 199 N. Arroyo Grande Boulevard, Suite 200, Henderson, NV 89074 (702) 434-3444, as attorneys of record in place and stead of Diane J. Zelmer.

Dated: January 20, 2015.

_____
LISA M. FLYNN

WHITE WATER INVESTMENTS, INC.

_____
By: Lisa M Flynn
Its: President

...

1

1  I consent to the above substitution.

2  Dated: January 20, 2015

   *[signature]*
   DIANE J. ZELMER, ESQ.

3
4  I am duly admitted to practice in this District. Above substitution accepted.

5  Dated: January 20, 2015         LAW OFFICE OF HAYES & WELSH

6
                                   *[signature]*
7                                  GARRY L. HAYES, ESQ.
                                   Nevada State Bar No. 1540
8                                  199 N. Arroyo Grande Blvd., Ste. 200
                                   Henderson, NV 89074
9                                  (702) 434-3444

10                                 APPROVED:
11
12
                                   *[signature]*
13                                 GEORGE FOLEY, JR.
                                   United States Magistrate Judge
14
15                                 Dated: January 22, 2015
16
17
18
19
20
21
22
23
24
25
26
27
28

2