# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA M. FLYNN, an individual, and WHITE WATER INVESTMENTS, INC., a Nevada Corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>MURRAY CRAIG, an individual and FIRESTORM EMERGENCY SERVICES, LTD., a Nevada Corporation,<br><br>        Defendants. | Case No. 2:15-cv-00071-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation and Order to Permit Depositions After the Close of Discovery (ECF No. 69) filed on July 1, 2016. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Permit Depositions After the Close of Discovery (ECF No. 69) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall file a status report regarding Mr. Craig's deposition on or before **August 5, 2016**.

DATED this 5th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge