# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA M. FLYNN, an individual, and WHITE WATER INVESTMENTS, INC., a Nevada Corporation,<br>　　　　　　Plaintiffs,<br>vs.<br>MURRAY CRAIG, an individual and FIRESTORM EMERGENCY SERVICES, LTD., a Nevada Corporation,<br>　　　　　　Defendants. | Case No. 2:15-cv-00071-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendants' Motion to Seal Defendants' Motion to Continue Settlement Conference (ECF No. 79), filed on November 28, 2016. Upon review and consideration, and with good cause appearing therefor,

　　　**IT IS HEREBY ORDERED** that Defendants' Motion to Seal Defendants' Motion to Continue Settlement Conference (ECF No. 79) is **granted**.

　　　DATED this 29th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge