# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA M. FLYNN, et al., | Case No. 2:15-CV-71 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MURRAY CRAIG, et al., | |
| Defendant(s). | |

Presently before the court is the U.S. Bankruptcy Court's order remanding an adversary proceeding to this court and denying a motion for relief from the automatic stay. (ECF Nos. 90, 90-1).

This court is in receipt of the transmittal regarding the remand of an adversary proceeding. (ECF No. 90). Although the adversary proceeding has been remanded to this court, "the automatic stay is and shall remain in full force and effect as to" Firestorm Emergency Services, Ltd.—a defendant in the present case. (ECF No. 90-1 at 2).

This court will order the parties to elucidate their positions as to the case's future progression, in light of the bankruptcy court's order. (*Id.*).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties in this case shall file a joint status report within fourteen (14) days of the date of this order that explains their intended course to resolution or adjudication of this case, *in light of the bankruptcy court's order* (ECF No. 90-1).

DATED July 5, 2017.

_____
UNITED STATES DISTRICT JUDGE