1

2

3                  UNITED STATES DISTRICT COURT

4                        DISTRICT OF NEVADA

5                                * * *

6    LISA M. FLYNN, et al.,                  Case No. 2:15-CV-71 JCM (GWF)

7                          Plaintiff(s),                  ORDER

8            v.

9    MURRAY CRAIG, et al.,

10                         Defendant(s).

11

12          Presently before the court is plaintiffs Lisa Flynn and White Water Investments, Inc. and

13   defendant Murray Craig's joint status report (ECF No. 93), submitted in timely compliance with

14   this court's July 5, 2017, order (ECF No. 92).

15          One defendant, Firestorm Emergency Services, Ltd., ("Firestorm") did not join in the status

16   report. *See* (ECF No. 93). The other parties, however, indicate that Firestorm is still subject to an

17   automatic stay of bankruptcy. (*Id.*).

18          Plaintiffs offer their preference that "this matter be set for trial, on Plaintiffs' claims against

19   Mr. Craig only, on the Court's next available trial stack." (ECF No. 93 at 2).

20          Mr. Craig states that he "is currently working on behalf of Firestorm, with Firestorm's

21   bankruptcy counsel, to provide a new value plan, which anticipated plan Firestorm and Mr. Craig

22   hope will facilitate a global resolution of the pending claims in this matter, as to both Mr. Craig

23   and Firestorm alike." (*Id.*).

24          Mr. Craig correctly refers to the Ninth Circuit's stated preference that "[s]ettlement is to

25   be encouraged." *Turtle Island Restoration Network v. U.S. Dep't of Commerce*, 672 F.3d 1160,

26   1167 (9th Cir. 2012) (citing *United States v. McInnes*, 556 F.2d 436, 441 (9th Cir. 1977)).

27          Thus, this court will not yet set this case for trial; however, the case also will not be stayed.

28   Mr. Craig will be given his requested 120 days to work towards a global resolution of both this

**James C. Mahan**
**U.S. District Judge**

1  case and the bankruptcy proceeding.  The parties are to file a joint status report 120 days from the

2  date of this order.  Additional requests to continue deadlines in this case—without good cause

3  supported by clearly articulated, persuasive assertions of fact—will be disfavored by the court.

4      Accordingly,

5      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that a trial date for this case

6  will not be set at this time.  Mr. Craig shall have 120 days from the date of this order to find a

7  global resolution.

8      IT IS FURTHER ORDERED that the parties to the joint status report (ECF No. 93) shall

9  file an additional joint status report 120 days from the date of this order.  The additional joint status

10 report shall contain relevant information regarding the possibility of settlement in this case and

11 how Firestorm's automatic stay impacts the prosecution of the case at that time.

12      DATED July 28, 2017.

13

14      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**