I

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LISA M. FLYNN, an individual, and WHITE )
WATER INVESTMENTS, INC., a Nevada )
Corporation, )
                           Plaintiffs, )   Case No. 2:15-cv-00071-JCM-GWF
)
vs. )   **ORDER**
)
MURRAY CRAIG, an individual and )
FIRESTORM EMERGENCY SERVICES, LTD., )
a Nevada Corporation, )
)
                           Defendants. )

       This matter is before the Court on Defendant's Counsel's Motion to Withdraw as Counsel of Record (ECF No. 95), filed on November 15, 2017. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

       **IT IS HEREBY ORDERED** that Defendant's Counsel's Motion to Withdraw as Counsel of Record (ECF No. 95) is **granted**.

       **IT IS FURTHER ORDERED** that **Firestorm Emergency Services, Ltd.** must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Firestorm Emergency Services, Ltd. shall have until **December 22, 2017**, to advise the Court if she will retain new counsel.

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendants to the civil docket:

. . .

**MURRAY CRAIG**
**FIRESTORM EMERGENCY SERVICES, LTD.**
**200 LAKELAND DRIVE**
**LAKESIDE, OREGON 97449-9688**
**TELEPHONE: (360) 920-8715**
**CAPRESCUE@HOTMAIL.COM**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendants with a copy of this order at their last known address listed above.

DATED this 30th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge