UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA M. FLYNN, et al., | Case No. 2:15-CV-71 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MURRAY CRAIG, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Flynn et al v. Craig et al*, case no. 2:15-cv-00071-JCM-GWF.

On February 7, 2018, the court stayed this action pending termination of defendant Murray Craig's ("defendant") bankruptcy proceedings. (ECF No. 102). The court's order instructed defendant to notify the court within fourteen (14) days following termination of the bankruptcy proceedings. *Id.* However, since that date, no documents have been filed and defendant has not informed the court of the status of the proceedings.

Accordingly, the court hereby orders the parties to submit, within fourteen (14) days from the date of this order, a joint status report indicating the status of defendant's bankruptcy proceedings. Failure to comply with the court's order may result in sanctions.

Accordingly,

IT IS SO ORDERED.

DATED June 20, 2019.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**