# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA M. FLYNN, et al., | Case No. 2:15-CV-71 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MURRAY CRAIG, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Flynn et al v. Craig et al*, case no. 2:15-cv-00071-JCM-GWF.

This matter has been stayed pending the conclusion of defendants Murray Craig and Firestorm Emergency Services, Ltd. ("defendants") bankruptcy proceedings. (ECF No. 102). On July 3, 2019, the court received confirmation that defendants' bankruptcy proceedings have been terminated. (ECF No. 105). Therefore, the court will lift the stay in the instant case.

Accordingly,

IT IS HEREBY ORDERED that the clerk shall lift the stay in the instant case.

IT IS SO ORDERED.

DATED July 25, 2019.

_____
UNITED STATES DISTRICT JUDGE