UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA M. FLYNN, et al., | Case No. 2:15-CV-71 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MURRAY CRAIG, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Flynn et al v. Craig et al*, case no. 2:15-cv-00071-JCM-GWF.

On July 25, 2019, the court lifted the stay in the instant matter in light of the parties' confirmation that defendants Murray Craig and Firestorm Emergency Services, Ltd.'s bankruptcy proceedings had been terminated. (ECF No. 106).

Just prior to defendants entering notices of bankruptcy, the parties had indicated that they may have reached a global resolution of this matter. (ECF Nos. 93, 94). Accordingly, the parties are hereby ordered to file, within twenty-one (21) days from the date of this order, a status report advising the court of (1) the current status of this case, (2) whether a dispositive motion deadline is requested, and (3) whether this matter should be set for trial.

Accordingly,

IT IS SO ORDERED.

DATED August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE