# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA M. FLYNN, et al., | Case No. 2:15-CV-71 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MURRAY CRAIG, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Flynn et al v. Craig et al*, case no. 2:15-cv-00071-JCM-EJY.

Plaintiffs' most recent status report indicates that they are ready to proceed. (ECF No. 110). Plaintiffs requested a dispositive motion deadline be set for Friday, September 27, 2019. *Id.*

Marquis Aurbach Coffing withdrew as Craig and Firestorm Emergency Services, Ltd's counsel. (ECF Nos. 95, 97). The court ordered Firestorm to retain new counsel if it intends to continue to litigate this matter. (ECF No. 97). Firestorm had until December 22, 2017, to advise the court if it intended to retain new counsel. *Id.* Firestorm failed to do so.

It has been nearly two years since Marquis Aurbach Coffing withdrew. Plaintiffs represent that they "reached out to Mr. Craig, via email, for the purpose of determining whether Firestorm had retained counsel or intended on retaining counsel. On August 21, 2019, Mr. Craig responded to said email and stated, in part, that he was 'actively seeking new representation.'" (ECF No. 103).

The case was stayed pending the termination of defendant Craig's chapter 7 bankruptcy case. (ECF No. 102). Craig's bankruptcy has resolved, and the stay was lifted. (ECF No. 106).

**James C. Mahan**
**U.S. District Judge**

The only thing preventing this case from going forward is Firestorm's lack of representation. Accordingly, Firestorm is ordered to retain counsel within fourteen days (14) of this order and file a status report with the court requesting a dispositive motion deadline. Failure to do so may result in sanctions, including possible entry of default judgment against Firestorm.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Firestorm shall retain counsel within fourteen days (14) of this order and file a status report with the court requesting a dispositive motion deadline.

DATED October 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**