GARRY L. HAYES, ESQ.
Nevada State Bar No. 1540
ghayes@lvlaw.com
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
lwelsh@lvlaw.com
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA M. FLYNN, an individual; and WHITE WATER INVESTMENTS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MURRAY CRAIG, an individual; and FIRESTORM EMERGENCY SERVICES, LTD., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-00071-JCM-GWF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST MURRAY CRAIG** |

      Plaintiffs, Lisa M. Flynn and White Water Investments, Inc., through their attorneys of record, the Law Office of Hayes & Welsh and Larson A. Welsh, Esq. and Defendant, Murray Craig, hereby stipulate and agree, pursuant to FRCP 41(a)(1)(ii), that all claims in the above-captioned action pled against Defendant Murray Craig, and only Murray Craig, shall be dismissed, with prejudice, with each party to bear responsibility for payment of any costs, expenses, and attorney's fees that it may have incurred in connection with the above-captioned action.

...

...

...

(*signatures on following page*)

1

1  Dated: Dec. 3, 2019            LAW OFFICE OF HAYES & WELSH

                                  _____
                                  Larson A. Welsh, Esq.
                                  Nevada Bar No. 12517
                                  199 N. Arroyo Grande Blvd., Suite 200
                                  Henderson, NV 89074
                                  Ph: 702-434-3444
                                  Lwelsh@lvlaw.com
                                  *Attorneys for, and on behalf of, Plaintiffs Lisa M. Flynn and White Water Investments, Inc.*

9  Dated: 11/23/2019              MURRAY CRAIG

                                  _____
                                  By: Murray Craig

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: December 5, 2019

2